GROUP HEALTH ASSOCIATION,
Appellant,

v.

Sharon HELMANN, Appellee.

No. 95–CV–119.

District of Columbia Court of Appeals.

April 18, 1996.

James P. Gleason, Jr., Nancy B. McKeown, Rockville, MD, for appellant.

Patrick M. Regan, Washington, DC, for appellee.

Before: STEADMAN, KING, and RUIZ, Associate Judges.

### ORDER

PER CURIAM.

On consideration of the parties' joint motion to dismiss this appeal, and this court's March 21, 1996, opinion in this matter, it is

ORDERED that this court's March 21, 1996, opinion is vacated. It is

FURTHER ORDERED that the joint motion to dismiss is granted, and this appeal is hereby dismissed.